■ In the Matter of STEVE SANDLER, on Behalf of SANTORINO GONZALEZ, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent sustaining the revocation of petitioner's parole, he appeals from a judgment of the Supreme Court, Westchester County, entered April 9, 1980, which dismissed his petition. Judgment reversed, on the

law, without costs or disbursements, petition granted, revocation of parole vacated (see *People ex rel. Levy v Dalsheim,* 48 NY2d 1019) and petitioner is to be restored to parole under the conditions heretofore in effect. Hopkins, J. P., Rabin, Cohalan and Weinstein, JJ., concur.